■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOLIVAR BERREZUETA, Appellant. [850 NYS2d 911]—Appeal by the defendant from a judgment of the County Court, Nassau County (Donnino, J.), rendered November 16, 2005, convicting him of sexual abuse in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which

could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Lifson, Ritter and Carni, JJ., concur.